**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-03487-CMA-NYW

SEAN MURTAGH, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

BED BATH & BEYOND, INC., and
LEVTEX HOLDINGS, LLC,

   Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming and Adopting Recommendation of United States Magistrate Judge (Doc. # 38), entered by Judge Christine M. Arguello on July 21, 2020, it is

ORDERED that the Recommendation of United States Magistrate Judge (Doc. # 37) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED. It is

FURTHER ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that this case is closed.

Dated:   July 21, 2020.

           FOR THE COURT:
           JEFFREY P. COLWELL, CLERK

       By:   s/ S. West
            S. West, Deputy Clerk